JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY B.,[1] | Case No. 2:24-cv-02655-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LELAND DUDEK, Acting Commissioner of Social Security,[2] | |
| Defendant. | |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is affirmed and this action is dismissed with prejudice.

DATED: March 26, 2025

*Patricia Donahue*
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in line with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management.

[2] Leland Dudek, who was appointed Acting Commissioner on February 17, 2025, is substituted in as the correct Defendant.  *See* Fed. R. Civ. P. 25(d).